820 A.2d 1220

IN THE MATTER OF JOHN R. MAGUIRE,
AN ATTORNEY AT LAW.

December 13, 2002.

ORDER

The Disciplinary Review Board having filed a report with the Court in DRB 02–104, recommending that as a matter of reciprocal discipline, **JOHN R. MAGUIRE** of **FLANDERS,** who was admitted to the bar of this State in 1976, be disbarred, respondent having been disbarred in the State of New York for his criminal conviction in the United States District Court for the Southern District of New York for the crimes of conspiracy to defraud the United States (18 *U.S.C.A.* § 371), obstruction of justice (18 *U.S.C.A.* § 1603), and tax fraud (26 *U.S.C.A.* § 7206(1));

And **JOHN R. MAGUIRE** having failed to appear on the return date of the Order to Show Cause why he should not be disbarred or otherwise disciplined, and good cause appearing;

It is ORDERED that **JOHN R. MAGUIRE** be disbarred, effective immediately, and that his name be stricken from the roll of attorneys; and it is further

ORDERED that all funds, if any, currently existing in any New Jersey financial institution maintained by **JOHN R. MAGUIRE** pursuant to *Rule* 1:21–6, be restrained from disbursement except on application to this Court, for good cause shown, ·and shall be transferred by the financial institution to the Clerk of the Superior Court, who is directed to deposit the funds in the Superior Court Trust Fund pending further Order of this Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that **JOHN R. MAGUIRE** be and hereby is permanently restrained and enjoined from practicing law; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.